# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Corey Michael Wickham, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Joseph Joyce, Warden, | ) | |
| North Dakota State Penitentiary, | ) | Case No. 1:23-cv-057 |
| | ) | |
| Defendant. | ) | |

The court shall schedule a status conference in the above-captioned action on March 5, 2024, at 10:00 AM by telephone. To participate in the conference, the parties should call (877) 810-9415 and enter access code 8992581.

**IT IS SO ORDERED.**

Dated this 26th day of February, 2024.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court