IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Corey Michael Wickham, | ) |
| Petitioner, | ) **ORDER** |
| vs. | ) |
| Joseph Joyce, Warden, North Dakota State Penitentiary, | ) Case No. 1:23-cv-057 |
| Respondent. | ) |

The Court stayed this matter to allow Petitioner to exhaust his state remedies. (Doc. No. 21). The parties were ordered to provide status reports by September 20, 2024. (Id.). Petitioner submitted a report on July 8, 2024, advising that the state district court had denied his application for post-conviction relief. (Doc. No. 22). On September 26, 2024, the Court entered an order vacating the stay. (Doc. No. 23).

On October 9, 2024, Petitioner filed a status report indicating he would like to proceed as originally requested with his petition for writ of habeas corpus. (Doc. No. 24). There has since been no apparent activity in this matter.

The Court shall schedule a status conference in this matter for January 6, 2025, at 11:00 AM in Bismarck courtroom 2 with the understanding the parties will be appearing virtually via computer or tablet using the following link: https://meet.uc.uscourts.gov/meeting/292466149.

**IT IS SO ORDERED.**

Dated this 4th day of December, 2024.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court