## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Corey Michael Wickham, | ) | |
| | ) | |
| Petitioner, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Joseph Joyce, Warden, | ) | Case No. 1:23-cv-057 |
| | ) | |
| Respondent. | ) | |

Assistant Attorney General Megan Carmichael had previously appeared on behalf of Respondent. (Doc. No. 11). On January 6, 2025, Assistant Attorney General Jeremy Ensrud filed a notice of appearance on behalf of Respondent. (Doc. No. 26). Therein he advised that he will be acting as lead counsel for Respondent in this matter.

Accordingly, Assistant Attorney General Jeremy Ensrud shall be substituted as counsel of record for Respondent. Assistant Attorney General Megan Carmichael is authorized to withdraw.

**IT IS SO ORDERED.**

Dated this 6th day of January, 2025.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court