# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Corey Michael Wickham, | ) | |
| | ) | |
| Petitioner, | ) | **ORDER RE BRIEFING SCHEDULE** |
| | ) | |
| vs. | ) | |
| | ) | |
| Joseph Joyce, Warden, | ) | Case No. 1:23-cv-057 |
| | ) | |
| Respondent. | ) | |

The court held a status conference in the above-captioned action on January 6, 2025. Petitioner appeared virtually from the James River Correctional Center in Jamestown, North Dakota. Assistant Attorney General Jeremy Ensrud appeared virtually behalf of Respondent.

Pursuant to its discussion with the parties, it is **ORDERED**: (1) Respondent shall have until March 7, 2025, to file a dispositive motion; (2) Petitioner shall have May 6, 2025, to file a response; (3) and Respondent shall thereafter until May 17, 2025, to file a reply.

**IT IS SO ORDERED.**

Dated this 6th day of January, 2025.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court