# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Corey Michael Wickham, ) | |
| ) | |
| Petitioner, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Joseph Joyce, Warden, North ) | |
| Dakota State Penitentiary, ) | Case No. 1:23-cv-057 |
| ) | |
| Respondent. ) | |

On April 23, 2025, the Court granted Respondent's Motion to Dismiss the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 ("Petition") filed Corey Michael Wickham. (Doc. No. 32). The Clerk entered Judgment the same day. (Doc. No. 33).

On May 2, 2025, recognizing that it had ruled on Respondent's motion prematurely, the Court vacated its order granting Respondent's motion and the judgment entered by the Clerk. (Doc. No. 35).

On May 12, 2024, Wickham filed a Request for Certificate of Appealability. (Doc. No. 36). The court deems Wickham's Request for a Certificate of Appealability (Doc. No. 36) **MOOT** as the order granting Respondent's motion and the judgment have been vacated and this matter remains pending. Wickham shall have until June 13, 2025, to file a response to Respondent's motion.

**IT IS SO ORDERED.**

Dated this 20th day of May, 2025.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court